IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMES COLLINS § § § § | |
| VS. § § | Civil Action No. 6:20-cv-435-JDK |
| SANDERSON FARMS, INC. and § SANDERSON FARMS, INC. § (PRODUCTION DIVISION) § | |

**<u>PLAINTIFF'S NOTICE OF SERVICE OF AFFIDAVITS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW LORI JAY MERRILL, Plaintiff, and files this Notice of Service of Affidavits under Tex. Civ. Prac. & Rem. Code § 18.001(d-2) that copies of the following medical and billing records affidavits have been served on all attorneys of records in this action.

1. ACS Primary Care Physicians Southwest, PA

2. Anesthesia Providers of East Texas

3. Dr. Robert Falconer

4. Palestine Regional Medical Center

Plaintiff requests leave of court to serve these affidavits on this date.

Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 472027
Fort Worth, TX 76147
Tel. (903) 931-3616
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com

By:   /s/ Jonathan Wharton
       JONATHAN WHARTON

STATE BAR NO. 24075764

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 18, 2020.

By:     /s/ Jonathan Wharton
           JONATHAN WHARTON