IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMES COLLINS § § § § VS. § SANDERSON FARMS, INC. and § SANDERSON FARMS, INC. § (PRODUCTION DIVISION) § | Civil Action No. 6:20-cv-435-JDK |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURE**

    COMES NOW JAMES COLLINS, Plaintiff, and hereby notifies the Court that he served his Initial Disclosures on the Defendants pursuant to Fed. R. Civ. P. 26 on 08/17/2020.

    Respectfully submitted,

THE LAW OFFICE OF JONATHAN WHARTON
P.O. Box 472027
Fort Worth, TX 76147
Tel. (903) 931-3616
Fax (903) 900-4727
E-mail: jonwhartonlaw@gmail.com

By:   /s/ Jonathan Wharton
JONATHAN WHARTON
STATE BAR NO. 24075764

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 8, 2020.

By:   /s/ Jonathan Wharton
JONATHAN WHARTON